UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN BROSNAN, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a California corporation, and ROBERT JACOBSEN<br><br>Defendants. | Case No. C 09-3600 SBA<br><br>[~~PROPOSED~~] **ORDER TO SHOW CAUSE RE CONTEMPT FOR VIOLATION OF PRELIMINARY INJUNCTION** |

Having considered Plaintiff Mortgage Electronic Registration Systems, Inc.'s ("Plaintiff MERS") *Ex Parte* Application for Order to Show Cause Re Contempt for Violation of Preliminary Injunction, along with the supporting memorandum and declaration of Carla B. Oakley, the Court finds that the evidence presented by Plaintiff MERS shows that Defendants John Brosnan ("Mr. Brosnan") and Mortgage Electronic Registration Systems, Inc., a California corporation ("Defendant MERS"), have not obeyed two requirements of the Preliminary Injunction entered by the Court on September 4, 2009 (the "PI Order"):

*First*, Plaintiff MERS' evidence shows that these defendants have not changed the name of or dissolved a corporation in California with a name identical to Plaintiff MERS, as the PI Order required them to do by September 8, 2009.

*Second*, the evidence submitted by Plaintiff MERS shows that these defendants have not tendered any documents in their possession that were intended for Plaintiff MERS, as required by the PI Order.

Given the evidence presented, the Court is satisfied that Plaintiff MERS' application presents sufficient grounds for finding these defendants in contempt. Accordingly,

IT IS HEREBY ORDERED THAT:

1. Mr. Brosnan and Defendant MERS shall show cause before this Court on **November 10, 2009 at 1:00 p.m.**, in Courtroom 1, Fourth Floor, United States District Court, 1301 Clay St., Oakland, California, why they should not be adjudged in contempt of the PI Order and ordered to pay to the Court a fine in the amount of $500 per day unless and until they obey the PI Order and to pay to Plaintiff MERS its reasonable attorneys' fees and related costs incurred in this contempt proceeding.

2. By no later than October 30, 2009, Mr. Brosnan and Defendant MERS shall submit a written response to this order to show cause that complies in all respects with Civil Local Rule 7. **The failure to timely file a written response to the order show cause will be deemed to be a consent to the show cause order and the issuance of a contempt order which includes the imposition of sanctions**. In the event Mr. Brosnan and Defendant MERS file a written response, Plaintiff MERS shall file a reply by no later than November 3, 2009. Pursuant to Federal Rule of Civil Procedure 78(b), the Court may resolve the order to show cause without a hearing. The parties are advised to consult the Court's website to determine whether an appearance is necessary.

Dated: October 26, 2009

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS INC.,

   Plaintiff,

 v.

JOHN BROSNAN et al,

   Defendant.
_____/

Case Number: CV09-03600 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 27, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Brosnan
848 North Rainbow Boulevard
#1643
Las Vegas, NV 89107

Robert Edwin Jacobsen
P.O. Box 1386
Lafayette, CA 94549

Dated: October 27, 2009

              Richard W. Wieking, Clerk

              By: LISA R CLARK, Deputy Clerk

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/63763059.2

3

PROPOSED] ORDER TO SHOW CAUSE RE CONTEMPT FOR VIOLATION OF INJUNCTION