UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., <br> Plaintiff(s), <br> v. <br> JOHN BROSNAN, <br> Defendant(s). | No. C 09-03600 SBA (MEJ) <br><br> **NOTICE OF REFERENCE** |

The above-captioned case was referred to Magistrate Judge Maria-Elena James to prepare a report and recommendation on Plaintiff's request for attorneys' fees related to contempt proceedings before the presiding judge in this matter, the Honorable Saundra Brown Armstrong. (Dkt. #54.) Pursuant to Judge Armstrong's Contempt Order, Plaintiff has filed a declaration in support of its request for attorneys' fees and costs. (Dkt. ##56, 57.) Accordingly, the Court shall conduct a hearing on December 17, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Defendants John Brosnan and Mortgage Electronic Registration Systems shall file any opposition to Plaintiff's declaration by November 23, 2009, and Plaintiff shall thereafter file any reply by December 3, 2009.

**IT IS SO ORDERED.**

Dated: November 13, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.,

        Plaintiff,

v.

JOHN BROSNAN et al,

        Defendant.

Case Number: CV09-03600 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 13, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Brosnan
848 North Rainbow Boulevard
#1643
Las Vegas, NV 89107

Dated: November 13, 2009

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk