UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.

        Plaintiff(s),

v.

JOHN BROSNAN et al.

        Defendant(s).
_____/

CASE NO. 09-03600 SBA

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
      Non-binding Arbitration (ADR L.R. 4)
      Early Neutral Evaluation (ENE) (ADR L.R. 5)
✓    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
      Private ADR (*please identify process and provider*) _____

The parties agree to hold the ADR session by:
    ✓    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

        other requested deadline _____

Dated: 10/28/2009

                                                          Attorney for Plaintiff

Dated: _____

                                                         Attorney for Defendant

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.                    CASE NO. 09-03600 SBA
        Plaintiff(s),

    v.                                         STIPULATION AND [PROPOSED]
JOHN BROSNAN et al.                           ORDER SELECTING ADR PROCESS

        Defendant(s).

    Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
✓   Mediation (ADR L.R. 6) *at no cost to defendant*

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
✓   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    other requested deadline _____

Dated:_____

                                           Attorney for Plaintiff

Dated: 10/28/2009
                                           Attorney for Defendant,
                                           Mortgage Electronic Registration Systems, Inc. (a CA corp.)

2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.

        Plaintiff(s),

  v.

JOHN BROSNAN et al.

        Defendant(s).

CASE NO. 09-03600 SBA

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
✓    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
✓    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    other requested deadline _____

Dated: _____

                                 Attorney for Plaintiff

Dated: 10/28/2009

                                 ~~Attorney for Defendant~~
                                 John Brosnan

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.

          Plaintiff(s),

v.

JOHN BROSNAN et al.

          Defendant(s).

CASE NO. 09-03600 SBA

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
✓   Mediation (ADR L.R. 6)

(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)

**Private Process:**
    Private ADR (*please identify process and provider*) _____

The parties agree to hold the ADR session by:
✓   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    other requested deadline _____

Dated: 10/28/09

                                      Attorney for Plaintiff
                                      Pro Se

Dated: 10/28/2009

                                      ~~Attorney for Defendant~~
                                      Robert Jacobsen

4

| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation, | Case No. C 09-3600 SBA |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| JOHN BROSNAN, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a California corporation, and ROBERT JACOBSEN | |
| Defendants. | |

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

\_\_\_\_\_ Non-binding Arbitration

\_\_\_\_\_ Early Neutral Evaluation (ENE)

\_\_\_x\_\_ Mediation

\_\_\_\_\_ Private ADR

Deadline for ADR session:

\_\_x\_\_\_90 days from the date of this Order

\_\_\_\_\_ Other

IT IS SO ORDERED.
Dated: 11/19/09



UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA


MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS INC.,

       Plaintiff,

 v.

JOHN BROSNAN et al,

       Defendant.
_____/


                                  Case Number: CV09-03600 SBA

                                  **CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 20, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.



John Brosnan
848 North Rainbow Boulevard
#1643
Las Vegas, NV 89107


Robert Edwin Jacobsen
P.O. Box 1386
Lafayette, CA 94549

Dated: November 20, 2009

                                                          Richard W. Wieking, Clerk
                                                          By: LISA R CLARK, Deputy Clerk