UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.

              Plaintiff(s),

v.

JOHN BROSNAN et al.

              Defendant(s).
_____/

CASE NO. 09-03600 SBA

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)  (ADR L.R. 5)
✓   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR (*please identify process and provider*) _____

The parties agree to hold the ADR session by:
    ✓   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

       other requested deadline _____

Dated: 10/28/2009

                                                  /s/ Paula Oakley
                                                  Attorney for Plaintiff

Dated: _____

                                                  Attorney for Defendant

10/28/2009  15:09    5102173657                    DUANE L. TUCKER                    PAGE  02/02

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.

          Plaintiff(s),

v.

JOHN BROSNAN et al.

          Defendant(s).

CASE NO. 09-03600 SBA

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
✓   Mediation (ADR L.R. 6) at no cost to defendant

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
✓   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    other requested deadline _____

Dated:_____
                                Attorney for Plaintiff

Dated: 10/28/2009
                                Attorney for Defendant,
                                Mortgage Electronic Registration
                                Systems, Inc. (a CA corp.)

2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.

Plaintiff(s),

v.

JOHN BROSNAN et al.

Defendant(s).

CASE NO. 09-03600 SBA

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
  Non-binding Arbitration (ADR L.R. 4)
  Early Neutral Evaluation (ENE)  (ADR L.R. 5)
✓ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
  Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
✓ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

  other requested deadline _____

Dated:_____

Attorney for Plaintiff

Dated: 10/28/2009

Attorney for Defendant
John Brosnan

3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.

        Plaintiff(s),

v.

JOHN BROSNAN et al.

        Defendant(s).
_____/

CASE NO. 09-03600 SBA

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

    Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)  (ADR L.R. 5)
✓    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
✓    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    other requested deadline _____

Dated: 10/28/09

Attorney for Plaintiff
Pro Se

Dated: 10/28/2009

~~Attorney for Defendant~~
Robert Jacobsen

4

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JOHN BROSNAN, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a California corporation, and ROBERT JACOBSEN<br><br>　　　　　Defendants. | Case No. C 09-3600 SBA<br><br>**ORDER** |

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

　　\_\_\_\_\_ Non-binding Arbitration

　　\_\_\_\_\_ Early Neutral Evaluation (ENE)

　　\_\_\_x\_\_ Mediation

　　\_\_\_\_\_ Private ADR

Deadline for ADR session:

　　\_\_x\_\_\_90 days from the date of this Order

　　\_\_\_\_\_ Other

IT IS SO ORDERED.
Dated: 11/19/09



IT IS SO ORDERED
Judge Saundra B. Armstrong

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA


MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS INC.,

       Plaintiff,

  v.

JOHN BROSNAN et al,

       Defendant.
                                            /

                                                        Case Number: CV09-03600 SBA

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 20, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.



John Brosnan
848 North Rainbow Boulevard
#1643
Las Vegas, NV 89107


Robert Edwin Jacobsen
P.O. Box 1386
Lafayette, CA 94549

Dated: November 20, 2009

                                    Richard W. Wieking, Clerk
                                    By: LISA R CLARK, Deputy Clerk