UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN BROSNAN, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a California corporation, and ROBERT JACOBSEN<br><br>Defendants. | Case No. C 09-3600 SBA (MEJ)<br><br>~~[PROPOSED]~~ **REPORT AND RECOMMENDATION RE: AMOUNT OF REASONABLE ATTORNEYS' FEES AND COSTS INCURRED BY PLAINTIFF TO BRING CONTEMPT PROCEEDING** |

On November 5, 2009, the Court issued a Contempt Order (Docket #54) adjudging Defendant John Brosnan and Defendant Mortgage Electronic Registration Systems, Inc. ("Defendant MERS") to be in contempt of the Preliminary Injunction Order ("PI Order"). Under the Contempt Order, Mr. Brosnan and Defendant MERS were required to pay to the Court a daily fine of $500 unless and until they demonstrate full compliance with the PI Order and to pay to Plaintiff Mortgage Electronic Registration Systems, Inc. ("Plaintiff MERS") its reasonable attorneys' fees and related costs incurred in the contempt proceeding.

With respect to the amount of attorneys' fees and costs to be awarded Plaintiff MERS, the

Contempt Order required Plaintiff MERS to submit a declaration by November 10, 2009, establishing the amount of its reasonable attorneys' fees and related costs incurred in this contempt proceeding. In the Contempt Order, Judge Armstrong referred the matter of the amount of reasonable attorneys' fees and costs to be awarded to Plaintiff MERS to the Chief Magistrate Judge or her designee for determination. On November 6, 2009, this matter was referred to this Court for a report and recommendation on the amount of attorneys' fees and costs to be awarded to Plaintiff MERS.

On November 10, 2009, Plaintiff MERS filed the Declaration of Carla B. Oakley Establishing Amount of Attorneys' Fees and Costs Incurred to Bring Contempt Proceeding. The declaration set forth in detail the work performed and the time expended on matters related to the contempt proceeding brought against Mr. Brosnan and Defendant MERS, as well as the billing rates for the particular attorneys who performed the work. In total, counsel for Plaintiff MERS spent just under 20 hours on matters related to the contempt proceeding. Based on the disclosed billing rates, Plaintiff MERS incurred a total of $8,686 in fees for the time its attorneys spent on the contempt proceeding. Plaintiff MERS also incurred $20.21 of online legal research costs.

Upon review and consideration of this declaration, this Court finds the work performed as described therein is related to the contempt proceeding and that the time expended to perform this work is reasonable under the circumstances. This Court further finds that the billing rates set forth in the declaration for counsel for Plaintiff MERS, attorneys Carla B. Oakley, Ahren C. Hoffman, and Leigha Wilbur, are reasonable for this matter.

Accordingly, this Court recommends that Plaintiff MERS is entitled to the full amount of the attorneys' fees and costs requested—in total, $8,706.21—and that Mr. Brosnan and Defendant MERS shall be ordered to pay to Plaintiff MERS this amount forthwith.

Dated: December 30, 2009

_____
MARIA-ELENA JAMES
United States Magistrate Judge