UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN BROSNAN, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a California corporation, and ROBERT JACOBSEN<br><br>Defendants. | Case No. C 09-3600 SBA<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO VACATE ORDER TO MEDIATE** |

Having considered Plaintiff Mortgage Electronic Registration Systems, Inc.'s *Ex Parte* Motion to Vacate Order to Mediate, the Court finds that the parties should be relieved from the Order Selecting ADR Process entered November 19, 2009 (Docket #64) (hereinafter "November 19 Order"), which requires the parties to conduct mediation within 90 days of November 19, 2009.

Pursuant to the Notice of Settlement Conference and Settlement Conference Order entered November 30, 2009 (Docket #68) (hereinafter the "November 30 Order"), the parties are required

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/64148292.1

[PROPOSED] ORDER VACATING ORDER TO MEDIATE
CASE NO. C 09-3600 SBA

1  to participate in a settlement conference with Magistrate Judge Edward M. Chen on February 5,
2  2010.
3     To avoid a duplication of ADR efforts, the Court ORDERS that the Stipulation and Order
4  Selecting ADR Process entered November 19, 2009 (Docket #64) is hereby vacated so that the
5  parties may concentrate fully on the settlement conference before Magistrate Judge Chen on
6  February 5, 2010, pursuant to the Notice of Settlement Conference and Settlement Conference
7  Order entered November 30, 2009 (Docket #68).

Dated: 1/11/10

*/s/ Saundra B. Armstrong/*
THE HON. SAUNDRA B. ARMSTRONG
U.S. District Court Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/64148292.1

2

[PROPOSED] ORDER VACATING ORDER
TO MEDIATE
CASE NO. C 09-3600 SBA