MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN BROSNAN, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a California corporation, and ROBERT JACOBSEN<br><br>Defendants. | Case No. C 09-3600 SBA<br><br>**STIPULATED DISMISSAL OF DEFENDANT ROBERT JACOBSEN AND ORDER** |

Plaintiff Mortgage Electronic Registration Systems, Inc. and Defendant Robert Jacobsen (collectively the "Parties") have entered into an agreement to resolve the claims asserted against Mr. Jacobsen in this action (hereinafter the "Settlement Agreement").

Pursuant to the Settlement Agreement, the Parties hereby stipulate that the above-captioned action shall be and hereby is dismissed against Mr. Jacobsen without prejudice.

This Court shall retain ongoing jurisdiction with respect to enforcement of the Settlement

Agreement, which is incorporated herein by reference.

Each Party shall bear its or his own costs and attorneys' fees.

Dated: January ____, 2010	MORGAN, LEWIS & BOCKIUS LLP

By _____
Carla B. Oakley
Attorneys for Plaintiff
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.

Dated: January ____, 2010	By _____
Robert Jacobsen, Pro Se

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 2/1/10	_____
The Honorable Saundra Brown Armstrong
United States District Judge