UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN BROSNAN, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a California corporation, and ROBERT JACOBSEN,<br><br>Defendants. | Case No: C 09-3600 SBA<br><br>**ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION FOR ORDER PERMITTING SERVICE BY MAIL AS MOOT** |

IT IS HEREBY ORDERED THAT Plaintiff's Administrative Motion for Order Permitting Service by Mail is DENIED as moot, as all parties have accepted service and appeared in this action. This order terminates Docket 17.

IT IS SO ORDERED.

Dated: February 1, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge