MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/63749177.2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN BROSNAN, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a California corporation, and ROBERT JACOBSEN<br><br>Defendants. | Case No. C 09-3600 SBA<br><br>**STIPULATED PERMANENT INJUNCTION AGAINST DEFENDANT ROBERT JACOBSEN AND [PROPOSED] ORDER** |

Plaintiff Mortgage Electronic Registration Systems, Inc. ("MERS") filed an *ex parte* motion for temporary restraining order and order to show cause on August 6, 2009. On August 12, 2009, the Court entered a temporary restraining order prohibiting Defendants from using MERS' name and accepting service of process of documents intended for MERS, and requiring Defendants to forward any documents in their possession intended for MERS to MERS' counsel (hereinafter the "TRO"). The TRO required the defendants to show cause on August 26,

2009, why a preliminary injunction should not be entered against them. The Court conducted a hearing on MERS' motion for a preliminary injunction on August 26, 2009. The Court issued a Preliminary Injunction on September 4, 2009.

MERS and Defendant Robert Jacobsen ("Mr. Jacobsen") have entered into an agreement to resolve the claims asserted against Mr. Jacobsen in this action (hereinafter the "Settlement Agreement") and, pursuant to the Settlement Agreement, they have agreed to the terms of this Stipulated Permanent Injunction.

MERS and Mr. Jacobsen stipulate, and the Court hereby orders, as follows:

(1) Mr. Jacobsen, together with any entity under his control or anyone acting on his behalf in any capacity, shall not engage in, commit or perform, directly or indirectly, any of the following acts:

(a) Using or applying to register MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (with or without an "S"), MERS or any confusingly similar designations, as a mark, business name, domain name, email address, meta-tag, keyword, or otherwise; and

(b) Accepting service of process or other documents intended for MERS, including summonses, complaints, subpoenas, or any other legally-required notices naming or involving mortgage liens held by Mortgage Electronic Registration Systems, Inc., a Delaware corporation.

(2) To the extent he has not done so already, Mr. Jacobsen shall complete the necessary documents and Secretary of State filings to change the name of companies within his control from Mortgage Electronic Registration Systems, Inc., to another name that is not identical or confusingly similar or, alternatively, to dissolve such companies, as soon as practicable;

(3) To the extent he has not done so already, Mr. Jacobsen shall immediately deliver to MERS all documents and things that he, or any entity under his control or anyone acting on his behalf in any capacity, has received that were intended for MERS. For any such documents that are so received in the future, Mr. Jacobsen shall promptly deliver them to MERS. Any such documents shall be sent directly to MERS' in-house counsel, by first-class mail or other mutually

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

DB1/63749177.2

2

STIPULATED PERMANENT INJUNCTION
AGAINST DEFENDANT JACOBSEN
AND [PROPOSED] ORDER C 09-01922 SBA

agreeable method, addressed as follows:

> Mortgage Electronic Registration Systems, Inc.
> c/o Joseph J. Patry, Counsel
> 1818 Library Street, Suite 300
> Reston, VA 20190

(4) This Court shall retain ongoing jurisdiction with respect to enforcement of this Stipulated Injunction and the Settlement Agreement, the terms of which are incorporated herein by reference.

(5) The above terms shall supersede the terms of the Preliminary Injunction with respect to Mr. Jacobsen.

Dated: January ____, 2010             MORGAN, LEWIS & BOCKIUS LLP

                                      By _____
                                         Carla B. Oakley
                                         Attorneys for Plaintiff
                                         MORTGAGE ELECTRONIC
                                         REGISTRATION SYSTEMS, INC.

Dated: January ____, 2010             By _____
                                         Robert Jacobsen, Pro Se

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED, except as to the retention of jurisdiction as set forth in paragraph 4, which is declined.

Dated: February 2, 2010               _____
                                      The Honorable Saundra Brown Armstrong
                                      United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/63749177.2                  3         STIPULATED PERMANENT INJUNCTION
                                          AGAINST DEFENDANT JACOBSEN
                                          AND [PROPOSED] ORDER C 09-01922 SBA