UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN BROSNAN, *et al.*, <br><br> Defendants. <br> _____/ | No. C-09-3600 SBA (EMC) <br><br><br> **ORDER DENYING PLAINTIFF'S REQUEST TO EXCUSE ATTENDANCE AT SETTLEMENT CONFERENCE** |

By letter dated January 29, 2010, Plaintiff Mortgage Electronic Registration Systems, Inc. ("MERS") requested to be excused from personally appearing at the settlement conference scheduled for February 12, 2010. No opposition was submitted by any party.

Upon consideration of the request, the Court **DENIES** the request to excuse personal attendance. Therefore, it is hereby ordered that Plaintiff MERS appear at the settlement conference in person scheduled on February 12, 2010, at 9:30 a.m. Pacific Time.

IT IS SO ORDERED.

Dated: February 8, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,

        Plaintiff,

v.

JOHN BROSNAN, *et al.*,

        Defendants.
_____/

No. C-09-3600 SBA (EMC)

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California.  On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

John Brosnan, *Pro Se*
848 North Rainbow Boulevard, #1643
Las Vegas, NV  89107

Dated:  February 8, 2010                      RICHARD W. WIEKING, CLERK

                                                    By:        /s/
                                                          Leni Doyle
                                                         Deputy Clerk