**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN BROSNAN, *et al.*, <br><br> Defendants. <br> _____/ | No. C-09-3600 SBA (EMC) <br><br><br> **ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE** |

By letter dated February 10, 2010, Plaintiff Mortgage Electronic Registration Systems, Inc. ("MERS") requested to be excused from personally appearing at the settlement conference scheduled for February 12, 2010 due to weather conditions preventing flight travel from Virginia/Washington, DC to San Francisco.

The Court previously denied Plaintiff's request to be excused from personally attending the February 12, 2010 settlement conference (*see* Order, Docket No. 79). However, in light of the record snowfall and snow storms affecting the East Coast, the Court finds good cause for excusing personal attendance of Plaintiff MERS and **GRANTS** Plaintiff's request. Therefore, it is hereby ordered that Plaintiff MERS be available by telephone from 9:30 a.m. Pacific Time until further notice on February 12, 2010.

///
///
///
///

If the Court concludes that the absence of Plaintiff MERS is impeding the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including Plaintiff MERS.

IT IS SO ORDERED.

Dated: February 10, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>       Plaintiff,<br><br>   v.<br><br>JOHN BROSNAN, *et al.*,<br><br>       Defendants.<br>_____/ | No. C-09-3600 SBA (EMC)<br><br><br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

John Brosnan, *Pro Se*
848 North Rainbow Boulevard, #1643
Las Vegas, NV  89107


Dated:  February 10, 2010                      RICHARD W. WIEKING, CLERK


                                                         By:  _____/s/_____
                                                               Leni Doyle
                                                                Deputy Clerk