UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., | ) ) | No. C09-03600 SBA |
| Plaintiff, | ) ) | ORDER DISMISSING ACTION |
| vs. | ) ) | |
| JOHN BROSNAN, | ) ) | |
| Defendant. | ) ) | |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. In the event that the settlement is not reached, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed within 30 days of this order. All scheduled dates, including the trial and pretrial dates, are VACATED.

IT IS SO ORDERED.

DATED: 2/16/10

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., | Case Number: CV09-03600 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| JOHN BROSNAN et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 16, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Brosnan
848 North Rainbow Boulevard
#1643
Las Vegas, NV 89107

Robert Edwin Jacobsen
P.O. Box 1386
Lafayette, CA 94549

Dated: February 16, 2010

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk