UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>JOHN BROSNAN, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a California corporation, and ROBERT JACOBSEN<br><br>  Defendants. | Case No. C 09-3600 SBA<br><br>**STIPULATED DISMISSAL OF DEFENDANT JOHN BROSNAN AND [PROPOSED] ORDER** |

Plaintiff Mortgage Electronic Registration Systems, Inc. and Defendant John Brosnan (collectively the "Parties") have entered into an agreement to resolve the claims asserted against Mr. Jacobsen in this action (hereinafter the "Settlement Agreement").

Pursuant to the Settlement Agreement, the Parties hereby stipulate that the above-captioned action shall be and hereby is dismissed against Mr. Brosnan without prejudice.

This Court, or any magistrate designated by the Court, shall retain ongoing jurisdiction

1   with respect to enforcement of the Settlement Agreement, which is incorporated herein by
2   reference.
3       Each Party shall bear its or his own costs and attorneys' fees.

5   Dated: February ____, 2010                    MORGAN, LEWIS & BOCKIUS LLP

7                                                  By _____
8                                                      Carla B. Oakley
                                                       Attorneys for Plaintiff
9                                                      MORTGAGE ELECTRONIC
                                                       REGISTRATION SYSTEMS, INC.

11  Dated: February ____, 2010                    By _____
12                                                     John Brosnan, Pro Se

14       **PURSUANT TO STIPULATION, IT IS SO ORDERED**

16  Dated: July 27, 2010                          *Saundra B Armstrong*
                                                  _____
17                                                The Honorable Saundra Brown Armstrong
                                                  United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2
DB1/64393429.1

STIPULATED DISMISSAL OF
DEFENDANT JACOBSEN
AND [PROPOSED] ORDER C 09-01922 SBA

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS INC.,

      Plaintiff,

v.

JOHN BROSNAN et al,

      Defendant.

Case Number: CV09-03600 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 27, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Brosnan
848 North Rainbow Boulevard
#1643
Las Vegas, NV 89107

Robert Edwin Jacobsen
P.O. Box 1386
Lafayette, CA 94549

Dated: July 27, 2010

                  Richard W. Wieking, Clerk

                  By: LISA R CLARK, Deputy Clerk

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3
DB1/64393429.1

STIPULATED DISMISSAL OF
DEFENDANT JACOBSEN
AND [PROPOSED] ORDER C 09-01922 SBA