1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN BROSNAN, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a California corporation<br><br>Defendants. | Case No. C 09-3600 SBA<br><br>**STIPULATED PERMANENT INJUNCTION AND JUDGMENT AGAINST COMPANY DEFENDANT AND [~~PROPOSED~~] ORDER** |

Plaintiff Mortgage Electronic Registration Systems, Inc. ("MERS"), Defendant John Brosnan ("Mr. Brosnan") and Defendant XZVR, Inc., formerly known as Mortgage Electronic Registration Systems, Inc. ("Company Defendant") (collectively the "Parties") have entered into an agreement to resolve this action (hereinafter the "Settlement Agreement"), with reference to the following facts:

A.   Plaintiff Mortgage Electronic Registration Systems, Inc. ("MERS") filed an *ex parte* motion for temporary restraining order and order to show cause on August 6, 2009. On

1  August 12, 2009, the Court entered a temporary restraining order prohibiting defendants from
2  using MERS' name and accepting service of process of documents intended for MERS, and
3  requiring defendants to forward any documents in their possession intended for MERS to MERS'
4  counsel (hereinafter the "TRO").  The TRO required the defendants to show cause on August 26,
5  2009, why a preliminary injunction should not be entered against them.  The Court conducted a
6  hearing on MERS' motion for a preliminary injunction on August 26, 2009.  The Court issued a
7  Preliminary Injunction on September 4, 2009 ("PI Order").

8        B.      The Court issued a Contempt Order on November 5, 2009, against Mr. Brosnan
9  and Company Defendant for their failure to comply with the PI Order.  Mr. Brosnan is the sole
10 owner of Company Defendant.  Company Defendant changed its name to XZVR, Inc., effective
11 on March 1, 2010, as shown in the document attached as Exhibit A hereto.

12       C.      Default was entered as to Company Defendant on November 19, 2009.

13       D.      MERS and Company Defendant have entered into a Settlement Agreement and,
14 pursuant to the Settlement Agreement, they have agreed to the terms of this Stipulated Permanent
15 Injunction and Default Judgment.  Pursuant to the same Settlement Agreement, MERS and
16 Mr. Brosnan will stipulate to dismissal of the remaining claims in this action upon Mr. Brosnan's
17 satisfaction of the obligations in Paragraph 1 of the Settlement Agreement.

18       MERS and Company Defendant stipulate, and the Court hereby orders, as follows:

19       (1)      Company Defendant, together with any entity under its control or anyone acting on
20 its behalf in any capacity, shall not engage in, commit or perform, directly or indirectly, any of
21 the following acts:

22       (a)      Using or applying to register MORTGAGE ELECTRONIC
23 REGISTRATION SYSTEMS (with or without an "S"), MERS or any confusingly similar
24 designations, as a mark, business name, domain name, email address, meta-tag, keyword, or
25 otherwise except for what strictly qualifies as nominative fair use, using either names or marks
26 only to refer specifically to the Delaware entity that is a plaintiff in this action, and only as much
27 as is required to convey that identification and only in such manner so as not to cause likelihood
28 of confusion;  Company Defendant cannot claim any ownership rights in either designation; and

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/64393436.2      2      STIPULATED INJUNCTION AND JUDGMENT
AGAINST COMPANY DEFENDANT AND
[PROPOSED] ORDER C 09-01922 SBA

     (b)    Accepting service of process or other documents intended for MERS, including summonses, complaints, subpoenas, or any other legally-required notices naming or involving mortgage liens held by Mortgage Electronic Registration Systems, Inc., a Delaware corporation.

     (2)    Company Defendant shall deliver or cause to be delivered to MERS all documents and things that it, or any person or entity under its control or anyone acting on its behalf in any capacity, receives that were addressed to or otherwise intended for MERS. Such documents shall be sent within three business days of receipt, and shall be sent directly to MERS' in-house counsel, by first-class mail or other mutually agreeable method, addressed as follows:

> Mortgage Electronic Registration Systems, Inc.
> c/o Joseph J. Patry, Counsel
> 1818 Library Street, Suite 300
> Reston, VA 20190

     (3)    This Court, or a magistrate designated by the Court, shall retain jurisdiction with respect to enforcement of this Stipulated Permanent Injunction and the Settlement Agreement, the terms of which are incorporated herein by reference. The Court retains broad discretion to impose sanctions, including fines, an award of attorneys' fees, issue sanctions, and/or imprisonment, in the event that Company Defendant fails to comply any of the terms of this Order.

     (4)    The above terms shall supersede the terms of the Preliminary Injunction with respect to Company Defendant.

     (5)    The Parties hereby stipulate that judgment shall be entered against Company Defendant pursuant to the terms herein.

//
//
//
//
//
//

1    Each Party shall bear its or his own costs and attorneys' fees.

2

3    Dated: March ____, 2010                MORGAN, LEWIS & BOCKIUS LLP

4

5                                            By _____
                                                Carla B. Oakley
6                                               Attorneys for Plaintiff
                                                **MORTGAGE ELECTRONIC**
7                                               **REGISTRATION SYSTEMS, INC.**

8
     Dated: March ____, 2010                DUANE TUCKER, ESQ.
9

10

11                                           By _____
                                                Duane Tucker
12                                              Attorney for Company Defendant
                                                XZVR, Inc., a California corporation

13

14   Dated: March ____, 2010                **John Brosnan**, as sole owner of defendant
                                             XZVR, Inc., a California corporation
15

16                                           _____

17

18
         Having considered the Stipulated Permanent Injunction and Judgment, the Court finds no
19   just reason for delay in entering a permanent injunction and judgment against defendant Mortgage
     Electronic Registration Systems, Inc., a California corporation.
20
         **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
21

22
                                             /s/ Saundra B Armstrong
23   Dated: July 27, 2010                    _____
                                             The Honorable Saundra Brown Armstrong
24                                           United States District Judge

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/64393436.2                         4          STIPULATED INJUNCTION AND JUDGMENT
                                                  AGAINST COMPANY DEFENDANT AND
                                                  [PROPOSED] ORDER C 09-01922 SBA

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3

4  MORTGAGE ELECTRONIC
   REGISTRATION SYSTEMS INC.,

5           Plaintiff,

6  v.

7  JOHN BROSNAN et al,

8           Defendant.
   _____/

9

10                                    Case Number: CV09-03600 SBA

11                                    **CERTIFICATE OF SERVICE**

12
    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
13  Court, Northern District of California.

14  That on July 27, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said
    copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
15  said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
    receptacle located in the Clerk's office.

16

17

18
    John Brosnan
19  848 North Rainbow Boulevard
    #1643
20  Las Vegas, NV 89107

21
    Robert Edwin Jacobsen
22  P.O. Box 1386
    Lafayette, CA 94549
23
    Dated: July 27, 2010
24                                    Richard W. Wieking, Clerk

25                                    By: LISA R CLARK, Deputy Clerk

26

27

28

MORGAN, LEWIS &
 BOCKIUS LLP
ATTORNEYS AT LAW    DB1/64393436.2            5       STIPULATED INJUNCTION AND JUDGMENT
 SAN FRANCISCO                                        AGAINST COMPANY DEFENDANT AND
                                                      [PROPOSED] ORDER C 09-01922 SBA